**BARROM et al. v. ROUX LABORATORIES, Inc., et al.**

District Court, S. D. New York.
Oct. 1, 1942.

Abraham D. Shackton, of New York City, for plaintiffs.

Glenney, Mathews & Hampton, of New York City, (Walter L. Glenney, of New York City, of counsel), for defendants.

COXE, District Judge.

It cannot be said at this time that the challenged allegations of the complaint have no bearing on the subject matter of the action. That is a question which should properly be left to the trial judge to determine when evidence is offered. Motions to strike are not favored, and I cannot see that the defendants will in any way be prejudiced by allowing the allegations to stand.

The motion of the defendants to strike is denied.